IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| IN RE: | CV 18-155-BLG-SPW |
|---|---|
| JEFFREY W. BERGER & TAMI M. BERGER, | ORDER |
| Debtors. | |

Bank of Colorado (the "Bank") and Jeffrey W. Berger and Tami M. Berger (the "Bergers") filed a Stipulated Motion Dismiss Appeal on November 15, 2018 (Doc. 9). Good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulated Motion to Dismiss Appeal is GRANTED.

**IT IS FURTHER ORDERED** that this appeal is DISMISSED.

DATED this 15th day of November, 2018.

SUSAN P. WATTERS
United States District Judge

1